**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RUPERT PERRY,

    Plaintiff,

v.                                    Case No. 3:22-cv-428-TJC-MCR

JEFFERSON CAPITAL, LLC,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 14), filed on June 29, 2022, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of July, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record